# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**RENARD TUCKER,**             ]
                               ]
    **Plaintiff,**         ]
                               ]
**v.**                         ]     **2:20-cv-365-KOB-HNJ**
                               ]
                               ]
                               ]
                               ]
                               ]
**ALABAMA DEPARTMENT OF
CORRECTIONS, et al.,**

    **Defendants.**

## ORDER

This matter comes before the court on the magistrate judge's Report (doc. 19), recommending that the court, at the plaintiff's request (doc. 14), dismiss all of Plaintiff's claims against Defendant Warden Gwendolyn Givens because she was not serving as the Warden of Donaldson Correctional Facility during the relevant time period.

The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court GRANTS document 14 and DISMISSES WITHOUT PREJUDICE all of Plaintiff's claims against Defendant Warden Gwendolyn Givens. The court DISMISSES WITHOUT PREJUDICE Defendant Warden Gwendolyn Givens as a party defendant.

The case will proceed with the Plaintiff's remaining claims against the remaining Defendants.

DONE and ORDERED this 11th day of September, 2020.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE