FILED
2022 Nov-07  AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RENARD TUCKER,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:20-cv-365-KOB** |
| | ] | |
| | ] | |
| | ] | |
| | ] | |
| | ] | |
| **ALABAMA DEPARTMENT OF CORRECTIONS, et al.,** | | |
| | | |
| **Defendants.** | | |

## FINAL ORDER OF DISMISSAL

The court, having received the "Joint Stipulation of Dismissal With Prejudice" (doc. 57),

DISMISSES this action WITH PREJUDICE, with each party to bear his, her, or its own costs.

DONE and ORDERED this 7th day of November, 2022.

_____

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE